AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA          **WAIVER OF INDICTMENT**

v.

KHALID OUAZZANI                   CASE NUMBER: 10-00025-01-CR-W-HFS


I, <u>KHALID OUAZZANI</u>, the above named defendant, who is accused of conspiracy to provide material support to a designated terrorist organization in violation of Title 18, United States Code, Section 2339B, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on May 19, 2010, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.


        /s/ *Khalid Ouazzani*
        KHALID OUAZZANI, *Defendant*


        /s/ *Robin Fowler*
        ROBIN FOWLER, *Counsel for Defendant*


Before /s/ Howard F. Sachs
    HONORABLE HOWARD F. SACHS, *United States District Judge*