# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 10-00025-CR-W-HFS |
| KHALID OUAZZANI, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for an Order of Forfeiture. In the Forfeiture Allegation of the Indictment in this case, the United States sought forfeiture of $500,000 in United States currency pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1) and 28 U.S.C. § 2461(c) as a result of Bank Fraud and Money Laundering.

On May 19, 2010, the defendant Khalid Ouazzani entered into a plea agreement with the United States in which he agreed to plead guilty to Counts Eleven and Twenty-Three of the Indictment charging violations of 18 U.S.C. §§ 1344 and 1956(a)(2)(B)(i) and 2; and to a One Count Information charging that the defendant Khalid Ouazzani did knowingly conspire and provide "material support or resources," to Al Qaida, Ouazzani and the co-conspirators knowing that Al-Qaida, was a designated terrorist organization and that Al-Qaida was an organization which had engaged in and was engaging in terrorist activity and terrorism; and there is jurisdiction for this offense under 18 U.S.C. §§ 2339(B)(a)(1), (d)(1)(A), (d)(1)(D), and (d)(1)(E), in that defendant Ouazzani is a national of the United States; the offense occurred in whole or in part within the United States; and the offense occurred in and affected interstate or foreign commerce; and consented to the entry of a money judgment in the amount of $558,900.

The Court has determined, based upon the evidence set forth in the plea agreement, that the United States has established the requisite nexus between the property to be forfeited (money judgment) and the offenses supporting the forfeiture, to which the defendant has pleaded guilty. Therefore, the United States has established the requisite nexus for a money judgment in the amount of $558,900 against the defendant Khalid Ouazzani.

By virtue of the plea agreement, the United States is now entitled to an Order of Forfeiture directing a money judgment in the amount of $558,900 in United States currency against the defendant Khalid Ouazzani. Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

Accordingly, it is hereby ORDERED:

1. That the defendant Khalid Ouazzani shall forfeit to the United States the sum of $500,000 in United States currency pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1) and 28 U.S.C. § 2461(c).

2. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

3. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of his sentencing (or before if the defendant consents), and shall be made part of the sentence and included in the judgment.

4. The United States may conduct any discovery it considers necessary to identify, locate, or dispose of the property subject to forfeiture or substitute assets for such property.

/s/ Howard F. Sachs
Howard F. Sachs
United States District Judge

Dated this 25th day of
June, 2010, at Kansas City, Missouri.