IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

United States of America,          )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )          Case No. 10-00025-01-CR-W-HFS
                                   )
Khalid Ouazzani,                   )
                                   )
        Defendant.                 )

**ORDER**

Because of unusual aspects of this case, in which pleas of guilty were entered in May, 2010, the filing of a presentence report was delayed, by consent of the parties, until last September. Additional developments, here and in New York, have delayed sentencing, most recently scheduled for July 25. Defendant, who has been publicly referred to as a "cooperating witness," has been in custody the entire period. Prompt sentencing now seems appropriate, absent a further request for delay by the parties.

It is therefore ORDERED that the Government file any motion for a sentence reduced for cooperation by July 31, 2013, together with a recommendation concerning credit for cooperation. A detailed sentencing memorandum from the Government would be welcomed, under seal if appropriate. Any sentencing memorandum by defendant shall be filed, under seal if appropriate, by August 10, 2013. A supplement to the Presentence Report, taking into account information since last September, shall be filed promptly, together with a revised

sentencing recommendation, if appropriate.  Any objections to the supplement shall be filed in timely manner so that sentencing can be rescheduled.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

July 17, 2013

Kansas City, Missouri

2