IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-00025-01-CR-W-HFS |
| | ) | |
| KHALID OUAZZANI, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO FILE UNDER SEAL

COMES NOW the United States of America, by and through the undersigned attorney for the Western District of Missouri, and respectfully requests leave to file a Supplemental Sentencing Memorandum to provide the Court further information that may assist in making it's determinations at sentencing because some of this information touches on topics for which the court previously granted the government to file under seal. The United States further respectfully requests leave to file this document under seal as well.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By  */s/ Brian P. Casey*

Brian P. Casey
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on October 2, 2013, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                                */s/ Brian P. Casey*
                                                Brian P. Casey
                                                Assistant United States Attorney

2

Case 4:10-cr-00025-HFS   Document 57   Filed 10/02/13   Page 2 of 2